IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-                                                                                  21-MJ-

MARK PHILLIPS,

                Defendant.

---

## GOVERNMENT'S MOTION TO SEAL

**THE UNITED STATES OF AMERICA**, by and through its attorney, James P. Kennedy, Jr., United States Attorney for the Western District of New York, and Richard A. Resnick, Assistant United States Attorney, of counsel, hereby moves the Court for an Order permitting the filing of this motion, the above-referenced criminal complaint and associated documents, including the affidavit, under seal. The government requests the Court seal the documents for 60 days due to the sensitive law enforcement information therein.

Dated: Rochester, New York,
       May ___, 2021

                                            JAMES P. KENNEDY, JR.
                                            United States Attorney
                                            Western District of New York

                              BY:    **RICHARD A. RESNICK**
                                            Assistant U.S. Attorney
                                            100 State Street, Suite 500
                                            Rochester, New York 14614
                                            585-399-3941
                                            **Richard.Resnick@usdoj.gov**