AO 442 (Rev. 01/09) Arrest Warrant

# United States District Court
## for the
### Western District of New York

United States of America

v.

MARK PHILLIPS

*Defendant*

Case No. 21-MJ- 4062

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay **MARK PHILLIPS**, who is accused of an offense or violation based on the following document filed with the Court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

There is probable cause to believe that MARK PHILLIPS knowingly violated Title 18, United States Code, Section 1956(a)(3)(B)(Money Laundering).

Date: May 5, 2021

*Marian W. Payson*
*Issuing officer's signature*

City and State: Rochester, New York

MARIAN W. PAYSON
U.S. Magistrate Judge
*Printed name and Title*

### Return

This warrant was received on (date) 05/05/2021, and the person was arrested on (date) 05/06/2021, at (city and state) Rochester, NY.

Date: 05/06/2021

*[signature]*
*Arresting officer's signature*

ALAN ROTH, SPECIAL AGENT IRS-CI
*Printed name and title*