UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

        v.

MARK PHILLIPS,

                Defendant.

ORDER ADMITTING COUNSEL
*PRO HAC VICE*

21-MJ-4062

---

Upon defendant's Motion to Admit Counsel *Pro Hac Vice* (Docket # 8), dated May 12, 2021, and the supporting Affidavit of David M. Kaplan, sworn to on May 11, 2021, seeking the admission of Camille M. Abate, *pro hac vice*, in order to appear and participate in the above-captioned matter on behalf of defendant, and good cause having been shown, it is hereby

ORDERED, that the application of Camille M. Abate to be admitted *pro hac vice*, is **GRANTED**; and it is further

ORDERED, that Camille M. Abate is admitted *pro hac vice* to this Court for the purpose of representing defendant in this lawsuit.  **Such admission shall be effective upon the payment of the admission fee to the Clerk of the Court.**

**IT IS SO ORDERED.**

                                            s/Marian W. Payson
                                              MARIAN W. PAYSON
                                            United States Magistrate Judge

Dated: Rochester, New York
         May 13, 2021