UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

          Plaintiff,

   v.

MARK PHILLIPS,

          Defendant.

ORDER

Case No. 21-MJ-4062

      The motion for an adjournment is granted. (Docket # ). The status conference shall be adjourned until Aug. 25, 2021, at 9:30 am by telephone.

      At defendant's request, time shall be excluded in the interests of justice under 18 U.S.C. § 3161(h)(7) between today and the date for the status conference because I find that the defendant's and the public's interests in a speedy trial are outweighed by the defendant's interest in having sufficient time to ~~continue plea negotiations with the government~~ obtain and review voluntary discovery including a cell phone extraction and to obtain the continued assistance of counsel.

**IT IS SO ORDERED.**

                                           _Marian W. Payson_
                                           MARIAN W. PAYSON
                                           United States Magistrate Judge

Dated: Rochester, New York
        July 16, 2021