AO 458 (Rev. 01/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  21-MJ-4062 |
| MARK PHILLIPS | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

The United States of America.  Please remove AUSA Richard Resnick                                            .

Date:     08/02/2021                                                                s/KYLE P. ROSSI
                                                                                          *Attorney's signature*

                                                                                          KYLE P. ROSSI
                                                                                          *Printed name and bar number*

                                                                                          US Attorney's Office
                                                                                          Western District of New York
                                                                                          100 State Street, Suite 500
                                                                                          Rochester, NY  14614
                                                                                          *Address*

                                                                                          Kyle.Rossi@usdoj.gov
                                                                                          *E-mail address*

                                                                                          (585) 399-3966
                                                                                          *Telephone number*

                                                                                          (585) 399-3920
                                                                                          *FAX number*