UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

            Plaintiff,

   v.

MARK PHILLIPS,

            Defendant.

ORDER

Case No. 21-MJ-4062

      The motion for an adjournment is granted. (Docket #  ). The status conference shall be adjourned until September 16, at 2:30 pm.

      At defendant's request, time shall be excluded in the interests of justice under 18 U.S.C. § 3161(h)(7) between today and the date for the status conference because I find that the defendant's and the public's interests in a speedy trial are outweighed by the defendant's interest in having sufficient time to review forensic discovery and thereafter determine whether to engage in plea negotiations with the government and to obtain the continued assistance of counsel.

**IT IS SO ORDERED.**

                                _Marian W. Payson_
                                MARIAN W. PAYSON
                              United States Magistrate Judge

Dated: Rochester, New York
       August 19, 2021