**CAMILLE M. ABATE, ESQ.**
**ATTORNEY AT LAW**

━━━━●•O•●━━━━

Of Counsel, Nicholas Goodman & Associates
333 Park Avenue South, Suite 3A, New York, NY 10010
TEL: (212) 227-9003 • FAX: (212) 937-2112

November 23, 2021

**VIA EMAIL AND ECF**

Hon. Marian W. Payson
United States Magistrate Judge
100 State Street
Rochester, New York  14614

Re: **Amended Request for Permission to Travel on Business**
*USA v. Phillips*, **21 MJ 4062 (MWP)**

Dear Judge Payson:

  I write to correct the dates of Mr. Phillips' scheduled business trip. Because of the unavailability of the property owner on November 30, Mr. Phillips respectfully requests that he be permitted to amend his request and travel on the revised dates of December 1 through December 4, 2021.

  The amended dates were known to Pretrial Services Officer Jennifer Cannito as of late last week, but I was not aware of it at that time. I have provided to Officer Cannito, as per the Court's Order which granted the modification, an accurate itinerary with the corrected dates and complete contact information for the duration of the trip.

  I apologize for any inconvenience this has caused the Court.

Sincerely,

*s/s Camille M. Abate, Esq.*

Request granted.  SO ORDERED.

*Marian W. Payson*
Marian W. Payson, U.S.M.J.
11/23/21

cc: AUSA Kyle Rossi (via ECF)
   PTSO Jennifer Cannito (via ECF)