# United States District Court
# For
# The Western District of New York

# Court Order

Date: March 1, 2022

Defendant's Name: Mark Phillips           Docket Number: 6:21-04062M-1

Honorable Marian W. Payson, U.S. Magistrate Judge

---

THE COURT ORDERS:

- ☐ No Action
- ☐ The Issuance of a Warrant
- ☐ The Issuance of a Summons
- ☑ Other  The violation report shall be addressed at the next court appearance.

*Marian W Payson*
Honorable Marian W. Payson

March 1, 2022
Date

Title 18 United States Code, Section 3154(5), Bail Violations