UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.                                                                              _____-___-_____

_____,
        Defendant.

## ORDER REGARDING USE OF VIDEO OR TELECONFERENCING

In accordance with the General Order issued on April 23, 2021, this Court finds:

_____That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

The proceeding(s) held on this date may be conducted by:

_____Video Teleconferencing

_____Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

    _____The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

    _____Other:

    IT IS SO ORDERED.

Date:                                                                        _____