**CAMILLE M. ABATE, ESQ.**
**ATTORNEY AT LAW**

━━●•O•●━━

Of Counsel, Nicholas Goodman & Associates
333 Park Avenue South, Suite 3A, New York, NY 10010
TEL: (212) 227-9003 • FAX: (212) 937-2112

October 11. 2022

**VIA EMAIL AND ECF**

Hon. Marian W. Payson
United States Magistrate Judge
100 State Street
Rochester, New York   14614

**Re: Request for Bail Modification –**
**Transfer of Residence and Supervision to Middle District of Florida**
*USA v. Phillips*, **21 MJ 4062 (MWP)**

Dear Judge Payson:

  Last month Mr. Phillips' wife, Rachel Profitt, was asked to transfer her work location for her company, Spectrum, from Rochester to the Tampa, Florida metropolis. She accepted the transfer because it was a promotion with more money, which the family needs since Mr. Phillips is under indictment in two different jurisdictions.

  Upon being notified of this, I spoke with Pretrial Services Officer, Jennifer Cannito, who informed me that she would check to see if the Middle District of Florida would agree to take over supervision from the Western District of New York. I have been notified that the Middle District of Florida has agreed to supervise Mr. Phillips. Ms. Cannito has no issue with the transfer since Mr. Phillips has been compliant with all of his bail conditions.

  The address of Spectrum where she will be working is 4145 S. Faulkunberg Road, Riverview, FL 33578. The new proposed home address for Mr. Phillips and his family is 6945 Towering Spruce Drive, Riverview, FL 33578. I respectfully request that Mr. Phillips' bail be modified to permit him to live in the Middle District of Florida. He will of course appear in person for trial, if this case continues. He continues to have family in the Western District of New York. However, it has been a struggle financially, and this move will enable the family to meet the needs of their family, especially their ten-year-old daughter.

  I have spoken to Assistant United States Attorney Kyle Rossi about this proposed bail modification, and he defers to the Court. As stated above, Pretrial Services has no objection.

Sincerely,

*s/s Camille M. Abate, Esq.*

cc: AUSA Kyle Rossi (via ECF)
   PTSO Jennifer Cannito (via ECF)