CAMILLE M. ABATE, ESQ.
ATTORNEY AT LAW

—●•O•●—

Of Counsel, Nicholas Goodman & Associates
333 Park Avenue South, Suite 3A, New York, NY 10010
TEL: (212) 227-9003 • FAX: (212) 937-2112

November 22, 2022

**VIA EMAIL AND ECF**

Hon. Marian W. Payson
United States Magistrate Judge
100 State Street
Rochester, New York 14614

      Re: **Request to be Relieved and for Virtual Conference for Assignment of Counsel**
                        **USA v. Phillips**, 22-cr-06058-CJS-MWP

Dear Judge Payson:

      The defendant, Mark Anthony Phillips, cannot meet his obligations to pay defense counsel. Part of this is because his ability to work has been greatly impacted by being prosecuted in two different jurisdictions, the Western District of New York for the instant case, and in the Western District of Kentucky. Based upon our discussions, he will not be able to pay for my services as private counsel for trial in this matter.

      I respectfully request that I be relieved at the Court's earliest convenience, and that CJA counsel be assigned. I also request that the proceeding be virtual so that no additional expenses are incurred for Mr. Phillips.

                                                          Sincerely,

                                                           Camille M. Abate, Esq.

cc: AUSA Kyle Rossi (via email and ECF)