

U.S. Department of Justice

*United States Attorney*
*Western District of New York*

*100 State Street, Suite 500*  *585/263-6760*
*Rochester, New York 14614*  *fax 585/399-3920*
*Writer's Telephone:  585/399-3966*
*Kyle.Rossi@usdoj.gov*

November 30, 2022

Hon. Marian W. Payson
United States Magistrate Judge

    Re:    *United States v. Mark Phillips | 21-mj-4062*

Dear Judge Payson,

    This matter is currently scheduled for a status conference on December 7, 2022 in order to address the defendant's motion for the assignment of CJA counsel. (Dckt. 57).

    Although the defendant's motion likely triggers an automatic exclusion of time for the purposes of the speedy trial clock, the government moves for an exclusion of time pursuant to 18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7) between today's date and December 7, 2022, so that the defendant can obtain trial counsel.

    I spoke with Mr. Phillips' current attorney, Camille Abate, Esq., and it is my understanding that she has no objection to this request.

    Thank you for your attention to this matter.

    Very truly yours,

    TRINI E. ROSS
    United States Attorney

    *s/Kyle P. Rossi*

BY:    KYLE P. ROSSI
    Assistant United States Attorney