UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff(s),

ORDER

22-CR-6058

MARK PHILLIPS,

        Defendant(s).

---

        On November 22, 2022, Camille Abate, counsel for defendant, Mark Phillips, filed a motion to be relieved as counsel (Document # 57).

        At the status conference held on January 25, 2023, Ms. Abate's motion to be relieved as counsel was granted.

        Accordingly, the motion by Camille Abate to be relieved as counsel (Docket # 57) is granted.

**IT IS SO ORDERED.**

                                            s/Marian W. Payson
                                            MARIAN W. PAYSON
                                            United States Magistrate Judge

Dated:  Rochester, New York
           January 26, 2023